Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

_____ Division

**4-26CV-007-P**

Jason Duane Hemphill
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Donald J. Trump
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jason Hemphill |
| Street Address | 3209 Ridgehaven Street |
| City and County | Irving, Texas |
| State and Zip Code | 75062 |
| Telephone Number | 408-813-9568 |
| E-mail Address | jasredeemed4949@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

Defendant No. 1

Name — Joseph R. Biden  Former President

Job or Title *(if known)* — 

Street Address — 

City and County — 

State and Zip Code — 

Telephone Number — 

E-mail Address *(if known)* — 

Defendant No. 2

Name — Barrack H. Obama  Former President

Job or Title *(if known)* — 

Street Address — 

City and County — 

State and Zip Code — 

Telephone Number — 

E-mail Address *(if known)* — 

Defendant No. 3

Name — Gavin Newsome  Gov. of California

Job or Title *(if known)* — 

Street Address — 

City and County — 

State and Zip Code — 

Telephone Number — 

E-mail Address *(if known)* — 

Defendant No. 4

Name — James Warren Kemphill

Job or Title *(if known)* — 

Street Address — 

City and County — 

State and Zip Code — 

Telephone Number — 

E-mail Address *(if known)* —

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Bill of Rights - Amendment I , Amendment VI , Amendment VIII

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Jason Duane Hemphill , is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff      _____

Printed Name of Plaintiff   _____

**B.     For Attorneys**

Date of signing: _____

Signature of Attorney       _____

Printed Name of Attorney    _____

Bar Number                  _____

Name of Law Firm            _____

Street Address              _____

State and Zip Code          _____

Telephone Number            _____

E-mail Address              _____

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

### Instructions to a Non-Prisoner *Pro Se* Plaintiff

Your suit _____ was filed on _____ and has been assigned case number _____.

These instructions do not include everything you need to know to pursue your case, but following them may help you avoid common mistakes that can result in delay or other consequences—including dismissal of your case.

1.  **Filing Procedures** - The Local Civil Rules include the following requirements:

    - After you have filed your complaint, unless you are excused for cause or the presiding judge directs otherwise, you must:

        ▸ register as an Electronic Case Files (ECF) user within 14 days (you may register online via our website at www.txnd.uscourts.gov), and

        ▸ file any pleading, motion, or other paper electronically. (Electronic filing is not permitted in a case assigned to the docket of U.S. District Judge John H. McBryde.)

    - You must submit a judge's copy (a paper copy) of any document you file, even if you filed the original electronically.

        ▸ If you electronically file a document, follow the procedures set forth in the ECF Administrative Procedures Manual to provide the judge with the judge's copy.

        ▸ If you file a document on paper and want a file-stamped copy returned to you, submit the original, the judge's copy, and an extra copy to be returned to you, and provide a self-addressed, postage-paid envelope. The clerk cannot make an extra copy for you unless you first pay a fee of 50 cents per page.

    - You must type or legibly handwrite your documents on one side of numbered pages. Any exhibit or discovery material attached to the filing must be referred to in the filing. Any exhibit or discovery material not referred to in your filing or not attached to your filing may be returned to you.

2.  **Address Change** - You must notify the Court if your address changes, or your case may be dismissed. If you are an ECF user, follow the procedures in the ECF Administrative Procedures Manual to update your address. If you are not an ECF user, promptly file a written change of address notice in your case.

3.  **Rules to Follow** - You must read and follow the Federal Rules of Civil Procedure (FRCP), this court's Local Civil Rules, and the orders entered by a judge in your case.

4.  **Request for Attorney** - In a civil case, you generally are not entitled to a court-appointed attorney to represent you without cost to you. If you request a court-appointed attorney, a judge will decide whether to appoint an attorney depending on the circumstances of the case. Even if the court decides to appoint an attorney, the attorney cannot be forced to accept the appointment. You may call the Lawyer Referral Service of the State Bar of Texas at (800) 252-9690 for assistance in securing the services of a private attorney to represent you for a fee.

5.  **Initial Case Review** - If the Court grants leave to proceed *in forma pauperis*, service of process will be withheld pending review of your complaint, and your complaint may be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

6.  **Copies to Defendant** - After a defendant has been served your complaint in compliance with FRCP 4, you must serve a copy of any other document you file upon the defendant's attorney (or upon the defendant, if the defendant is *pro se*) as required by FRCP 5. If you and the opposing side are both ECF users, the ECF system will complete service for you, and a Certificate of Service is not required. If either of you is not an ECF user, or if you learn that service sent through ECF did not reach the person, you must serve the document by other means and include a Certificate of Service or file one within a reasonable time after service. Sample language for a Certificate of Service is:

    - On (Date) I filed (the "foregoing document" or Document Name) with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or *pro se* parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).

        Signature _____

7.  **Discovery Materials** - Do not file discovery materials with the clerk. If you file a motion to compel discovery, you may attach only the portions of discovery that are relevant to your motion.

8.  **Questions About Your Case** - The court's website at www.txnd.uscourts.gov provides valuable information. Do not write letters to the judge asking questions about your case - all communication with the judge should be through filings. Do not write letters to the clerk asking for instructions on how to handle your case, since the clerk is prohibited from giving legal advice.

JS 44 Reverse (Rev. 10/20) - TXND (10/20)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: **federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7. Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

*Additional Page(s) 13

Today I'm seeking an emergency screening and Protective/Restraing order,

So in 2022 I filed here in Fort Worth this Federal court. I filed a restraining order against then President Joseph R. Biden. Also who was to be included in this order was the entire Executive Branch and the entity of BAE. The British Contractor plus the American BAE. I'm writing today to say that I have receivers in my ears. Basically they have the microphone and I can hear them speaking. These recievers were put in my ears behind my ear lobe by EPS Santa Clara Valley Medical Center. They did it without my knowledge or my permission. I do know that alot of people know about me and my ears. I recently went to Southwest Hospital to get an XRAY but they refused to give me an XRAY. Which was very disheartening. I'm convinced that my son Josiah Jacob Hemphill and also Felecia Marie Bica. I remember in the last deposition in 2022 I wasn't sure at all about the reiver recievers in my ears. But then why do they even have Platforms of people from 190-5000 persons talking in my ears and Prisming me. P Pri = priming + Sm = subliminal messaging = Prism. It's mind control and they do most Prism At night when were sleeping. Satellites do also have Lock and can Lock on your person much like a Jet fight can lock on a target or a military Prone can lock, but its much easier than even a Drone,

⑦

I wish I could tell you how many people are like me And my son and Felicia but I do not know. I know maybe some of them like Barrack Obama. In any case our devices in our ears Are Not wanted!!! And None of us gave permission for this to happen to us. I've had devices in my ears since I was 4 years old. As well as my son since 4-5 years old. About Felicia I dont know, maybe later as a teen. I grew up in SanJose California and there they have Communcation Hill which I believe was built for me. I was the first one. I'm now 54 years old and I'm still a slave to this satellite And these wreckless, evil, wicked people. They did tell me that my mother Linda Hemphill sold me out to the government. By letting them install these devices on my person. And that Josiah's mom Desiree Dee Gomez trujillo trevino did the same with my son. But Felicia was targeted after a while because she was a watcher of me. My Grandmother recently told me via satellite that that was the reason my mother and my grandmother Never had a good relationship. Nor was im Did my brother and I have a really good relationship as far as spending time with my grandmother.



As you probably can tell by Now my family is involved as well as Josiah's family on his mom's side. So lets start the list of people responsible for such misery, pain, heartbreak, slavery, and affliction physically to our bodies.

My Family: James Warren Hemphill, Dawn Marie Hemphill Hickern, Marissa Marie Hemphill, Katrina Marie Miles Hemphill, Jeffrey Wayne Meyer Hemphill, Linda Susan Hemphill - deceased. Mario Glenn Johnson - supposedly deceased? Donice Sue Camacho, Paul John Camacho, John Paul Camacho, Richard Camacho, Angela Camacho, Laura Ferrell Camacho, Zach Miles Katrina Husband, Angel Marissa Son's DAD. Jeffrey Meyers Wife? Debbie Johnson? Annissa Camacho & Husband, Anna Camacho Johns wife Nathan Camacho Joshua Hemphill (Adam)

Josiah's mom's side: Desiree Dee Gomez, Monique Morgan Trujillo, Karissa Trujillo, Cassidy Trujillo, Vincent Gomez, Vincent R Victor Gomez! Connie Gomez. Manuel Colon, Angeliace Colon, Issac or Isiah Colon. Genevive Colon, Geraldine Perez. Paco Alvarez Jenifer Herrerra.

My Former Friends: Sean Pe Gruy, Aaron Christopher Burger Booker, Karen Borger Antonio Smith Lira, Robert Gomez Lira jr, Damus Rodriguez Marcia Hernandez, Laura Hernandez Adam District Attorney Laura Hernandez Husband Cop?

Some Generals (French cops) have probably passed on but

here a list of Government person's Accountable:

Bill Clinton, Hillary Clinton, George Bush (tho son) & Wife.

Forsure Barrick Hussein Obama and Michelle Obama torturing Mffers
AND Obama Daughters.

Forsure Joseph R. Biden torturer!! Jill Biden, Hunter Bidlon

Forsure Donald Trump, Don Trump Jr. Melania Trump. and Family
Except pregnant Daughter!!! Barron Trump.

AND to include ALL their Executive Branch at the time

For Example Trumps EB: Hegseth? AG Bondi! FBI Director
Kash Patel,

Now Police Agencies: Thee Entire San Jose Police Dept
especially Chief Eddie Garcia! Jason task force!!!

Thee Entire Santa Clara County sheriff's Dept esp. Laurie Smith

Thee Entire Santa Cruz County Sheriffs office Dept.

Thee Entire Sant Cruz Police Dept.

Thee entire Sante Cruz County Jail

Santa Clara County

Thee entire Judicial System Civil/family

& Criminal System    every Judge, ever DA & Asst DA,
every Public Defender!!Office

Thee entire Santa Cruz County Judicial System    Civil/family

& Criminal Court system    every Judge! every

DA & Asst DA, Public Defenders office

Thee entire Monterey County Judicial System civil/family

& Criminal Court System.    every Judge, every DA & Asst DA

& Public Defenders office

~~The entire~~

The Entire Alameda County Judicial System    civil/family &

Criminal Court System.    every Judge, every DA & Asst DA &

Public Defenders Office,

Thee Entire Livermore Police Dept!

The Entire Alameda County Sheriff Dept.

The entire Tracy Police Dept.

The entire Santa Clara County Jail system

The Campbell Police Dept.? Investigated & Los Gatos Needs investigation
missing persons felons!    Lisa Sex crime & phone!!
on Josiah to Los Gatos.

6

So now I'll start with crimes against me. Thee obvious is And always starts with Conspiracy. Then Manipulation, Coersion, and then Threats! Threats to murder me and threats to rape me. Both men and women have raped me. 916 times men have raped me via satellite imaging request. But I dont know the number of men but these are the most offenders: Damus Rodriguez, James Hemphill, Aaron Becker, Sean DeCaroy, Phil Thorpe. Phil Thorpe also contributed in a tortive event where I was tied to a chair and given government grade truth serum. In that I wasn't raped by him but he tried to put his private part in my mouth. I was so drugged and almost unconsious and I bit his private part off spit it out and said "God Said No!!! So Phil Thorpe has literal proof of his crime against me. A detached and reattached penis part. There have also been what they call Sorority Parties - A group of women who literally kidnap me with and using local law enforcement. Then 5-8 women rape me. Using syringe erectal disfunction fluid put directly in my penis. Then while im unconsious via satellite waves and positioning. These women take turns riding me (on top of me) while other hold me down or limit my movement, because some are or

like to be rough. Real Rape. While im Unconsious or actually asleep, I have woke up a few times and do remember. The rough one ultimately move my head from satellite positioning on my frontal part of my brain and it cause me to wake up for a moment at least. Also in the case of men vaping I also asleep or unconsious but I always on my stomach and Ive never woken up during a rape by a man in my rear.

Also Lisa Campos and Desiree Gomez are the two that have raped me the most. Then after they've done vaping they kidnap + abduct me back to my house. Also I have been raped by Lisa Campos and her two daughters.

Lisa Campos, Eric Contreares, Lisas mom, and Lisa's two daughter All practice witchery and Eric is a warlok and practices Sorcery. Lisa has been a BAE oprative since 1991 and has mastered triggering me mentally and physically... with certain words and or sounds to Achevie her desired outcome... which is total and complete mind Control. And on Oct 14, 2025 it was on full display when her (Lisa) James Hemphill, John Camacho, Damus Rodriguez, Glenn Johnson, Lisa's older daughter (Eric's Daughter)

8

Recently I tried to print or look up the Anti-Slavery Act But I cannot find a copy of it online or even in a book. But I remember reading it in its entirety. This President and Trump Executive branch as well as Barrack Obama and Joe Biden and Governor Gavin Newsome Government Contractor BAE have in this Act violated every single Line item, every single number, and every single Letter of Slavery against me. Every single line of the Anti-Slavery Act has been Violated just against Me. 9680 times have they tried to put me to death... per the Satellite data base on Satellite Controls just used today to get this Actual Number.

These people along with Donald J Trump, Joe Boten, Barack Obama

All conspired, manipulate, and coersed mo to put myself in harms way And make a ~~the~~ Left turn into on coming traffic and ultimately causing my VAN (Vehical) to be total loss. They did it by Prism. Pri = priming and SM = ~~subliminal~~ ~~messaging~~ Subliminal messaging. They Prism me the night before and even got my roomate Emily to ask me to pick her up from work. Because the street near he work was the conspired location of where I was supposed to crash my VAN on Beltline Rd near Dollar General. Those idiots are so proud they even told some of Irving police via Satellite that Jason was going to crash his VAN today. I could hear mostly James Hemphill, John Camacho, Sean DeGruy, Damus Rodriguez. But I could also hear a Lisa.
a female Irving Officer who was at the Car Wash say "Jason Dont go, wait, dont go. Jason Dont go, Wait Jason wait. Then I turned left and crashed Spinning my VAN Complete 180.

Although I could hear the female officer it was a collaboration
of many platform people, the name mentioned prior, and Lisa
Campos. It was Lisa and her oldest ~~daught~~ daught who on
that day set up mind control and Actually triggered me.
~~Lisa~~ Lisa and her ~~daughte~~ daughter with mind control
Method and after I made the turn into traffic ~~Lis~~ Lisa and
her daughter yelled Stop!! ~~whic~~ which I did right in
the middle of the number Two LANG I believe causing
a head on collision with a truck. Which had Two
Adults, two kids and a baby. I want to be clear
this was nothing less then Premeditated Attempted
Murder By Trump his Executive Branch Joe Biden,
Barrack Obama.

These people as well as Donald ~~J.~~ Trump & ~~Party~~ ~~The Group~~ AND
Gavin Newsome

conspired to manipulate, ~~xarx~~ ~~coer~~ ~~coern~~ ~~coerz~~ Coersion.

Those 4 crossouts on the above line was caused by Radio Wave Affiction so bad I could Not remember how to spell Coersion. Which is mind control or brain damage even for how short of time it was, I had to take a break. But right Now 1/5/26  3:29 am they ~~are~~ literally trying to give me a stroke or Aeuvrism in my bran and it ~~Reals~~ Feels Like Im wearing a headband like the character "Data" on STAR Trek. Donald J. Trump has gone completely mad and has his mind completely set on killing me. Along with the rest of B.A.E and Joe Bider and Barrack Obama. In 2008 my dad suffered a stroke And an Enurism. Who? and how does somebody suffer both?

It only And completely by Satellite exposure and intentional and deliberate positioning on someone head and Brain. The lower down the back of the Neck or head where the Neck Meets is sure Death!!!

Also the Business media entity known as Endtime Ministries Inc. Are also BAE operatives or satellite controllers. I came to Texas to be part of this ministry only to find out that Dave Robbins, Vincent Seagall, and Doug Norvell All participated in a gang rape of Felicia Rica. That was put on by James Hemphill, Donald J. Trump, Gavin Newsom at a BAE Location in south San Jose CA. from July 8 - July 22, 2021. Dave Robbins, Vincent Seagall, and Doug Norvell All Hate me but I've done nothing to them. I came and spent 14 weeks of prophecy teaching at the ETM Media Building only to have it come short 4 weeks and end suddenly... with a pre-meditated corrupt Conspired, Manipulated Vehical crash of my van which ended up being a total loss. Endtime, Donald Trump, James Hemphill, Barrack Obama, Joe Biden Lisa Campos like I said Before All conspired to murder me on Oct 14, 2025. And are still plotting everyday for their chance. And supposedly many others from North Cities and Endtime ministries has Raped and Trafficed, and kidnap and Abducted her from California to Texas. I want them All charged and All Assets seized... BAE, Endtime Media Building, and North Cities Church Building And any other real property in these listed Names.

So, recent events at home 7209 Ridgehaven street there are some concern. A few weeks after I moved in the Irving Police Dept were at my house. I got out of my VAN & spoke to an officer and he let me know that one of my roomates died by suicide. The officer Also told me that the Polish doesnt man texted a family member to have " Ivan take care of my body" I assumed family was out of the country in Poland. So I began to wonder how did family member in Poland get A hold of Ivan here in the USA. Did they know Ivan. I mean why would they even have or know him at All. So I asked the roomates via satellite conversation that when I was started to get threatened by IVAN. About several time within a three day period And Also overheard Ivan ask Barnick, Joe, & James to join BAE. He said " I need a life line" Since then my room and so many possesions have disappeared. In my opinion its All my roomates working for BAE. And All my Roomates trying to conspire every night to kill me. every Night !!! Every single day they enter my room Everyday. Im sick of it IVAN is the leader And when questioning about the Polish man. I heard a record of Joe at fast

Say. "Can you help him with his issue" I guess
the man said he wanted to kill himself. But
I also heard in another recording him say that
I (Ben) was a good man. I guess they wanted to
put me in that room and probably told the man straight
up they were gonna put me in that room because that
where we're gonna rape him. My opinion the man Yefanov
refused to move. And the big fat man Igor Yenaki went
into the room where the polish man and Ivan were and
shot the man in the face. Golden was in his room and
came out screaming "you stupid motherfucker" Ivan started
or Igor's son began dragging the body. When people play
Audio recordings for me to hear a lot of time it has a
video also playing at the same time ... well its like I
can literally see the video and all the details and who was
in the room or how many. Some time I can see people
in their own rooms as well and maybe its the satellite
strings coming closer. Its like light "stray ations" they call it,
there two females in the house but I dont know if they
need help but we need to find out ASAP before
someone else gets hurt. Please. I need to be in
protective custody as well as my son Josiah and Mandy
and Felecia Marie Rice and family. We at least need a security
security team present. Please.

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

JAN 5 2026 PM 1:14
RECEIVED-USDC-NDTX-FW

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

4-26CV-007-P

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Click here for: Nature of Suit Code Descriptions.

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

### PRISONER PETITIONS

**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty

**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated New Drug Application
☐ 840 Trademark
☐ 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit (15 USC 1681 or 1692)
☐ 485 Telephone Consumer Protection Act
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev. 10/20) - TXND (10/20)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   (b)   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   (c)   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: **federal question actions take precedence over diversity cases.**)

III.   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7. Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI.   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII.   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.